UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID LAWRENCE JOHNSTON,<br><br>        Petitioner,<br><br>  vs.<br><br>CARROL PORTER,<br><br>        Respondent. | NO.  CV-05-78-CI<br><br>ORDER STRIKING REPORT AND RECOMMENDATION, DIRECTING SERVICE AND DIRECTING EXPEDITED RESPONSE REGARDING PETITIONER'S RELEASE STATUS<br><br>--- ACTION REQUIRED --- |

    BEFORE THE COURT is Petitioner's Objection (Ct. Rec. 9) to the Report and Recommendation to dismiss his petition.  Petitioner asserts, contrary to the Report and Recommendation, his sentence for a First Degree Robbery conviction expired on April 18, 2005, and a grant of federal habeas relief would result in his immediate release from custody.  Based on these assertions, and Petitioner's status as a *pro se* litigant, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 8) is **STRICKEN.**  The petition shall proceed under 28 U.S.C. § 2241.

    Mr. Johnston seeks to preclude his re-trial on charges of Second Degree Felony Murder and Second Degree Attempted Murder.  The Washington State Court of Appeals, Division III, vacated his conviction for second degree felony murder on February 3, 2005.  He asserts a re-trial would violate double jeopardy.

ORDER STRIKING REPORT AND RECOMMENDATION . . . -- 1

Liberally construing the petition and objections in the light most favorable to Petitioner, the court finds an answer from Respondent is appropriate. Accordingly, **IT IS ORDERED:**

1. Pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, the United States Marshal shall serve by certified mail a copy of the petition (Ct. Rec. 1), all documents supporting the petition, Petitioner's Objection (Ct. Rec. 9) and this Order on Respondent and the Office of the Attorney General for the State of Washington, Criminal Justice Division.  The District Court Executive shall send a copy of this Order to the Petitioner.

2. Within **TEN (10) BUSINESS DAYS** of receipt of this Order, Respondent **SHALL** notify the court of Petitioner's release date (based on the 1998 robbery convictions) and Petitioner's present release status.

3. Respondent shall file and serve an answer within **FORTY-FIVE (45) days** of receipt of a copy of this Order.  *See* Rule 5, Rules Governing Section 2254 Cases in the United States District Courts. Respondent should state in the answer whether Petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, whether there is any issue of abuse or delay under Rule 9, Rules Governing Section 2254 Cases in the United States District Courts, and discuss the availability of transcripts.  Respondent shall attach to the answer portions of the transcripts deemed relevant.  IF RESPONDENT CHOOSES TO PROCEED BY MOTION TO DISMISS RATHER THAN ANSWER, THE MOTION SHALL BE STYLED AS ONE UNDER RULE 8, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT.

  4. **The District Court Executive shall set a case management deadline sixty (60) days after the date of this Order.**

  5. Petitioner shall serve upon the Respondent or, if appearance has been made by counsel, upon his attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include, with the original paper to be filed with the District Court Executive, a certificate stating the date a true and correct copy of any document was mailed to the Respondent or his counsel. Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the District Court Executive or noted for hearing or which fails to include a certificate of service will be disregarded by the court. Petitioner is also advised that throughout this action, he must notify the District Court Executive regarding any change of address and phone number (at least a message phone). Failure to do so might result in the dismissal of the action if the court is unable to contact Petitioner.

  **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Petitioner. Respondent shall file the preliminary notification regarding Mr. Johnston's release date and release status within **ten (10) business days** of receipt of this Order.

  **DATED** this\_\_\_\_26\_\_\_day of May 2005.

           *s/Lonny R. Suko*
           _____
           LONNY R. SUKO
           UNITED STATES DISTRICT JUDGE

ORDER STRIKING REPORT AND RECOMMENDATION . . . -- 3