```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

DAVID LAWRENCE JOHNSTON,       )
                               )  No. CV-05-078-CI
            Petitioner,        )
                               )  ORDER ADOPTING REPORT AND
v.                             )  RECOMMENDATION AND GRANTING
                               )  RESPONDENTS' MOTION TO
CAROL PORTER, et al.,          )  DISMISS
                               )
            Respondents.       )
_____)

Magistrate Judge Imbrogno filed a Report and Recommendation on September 29, 2005, recommending Respondents' Motion to Dismiss (Ct. Rec. 23) be granted. The court has considered the Objection filed by Petitioner.

The court **ADOPTS** the Report and Recommendation. Respondents' Motion to Dismiss is **GRANTED**. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE;** each party shall bear their own costs.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Petitioner and counsel for Respondents. Judgment shall be entered and the file shall be closed.

DATED this 20th day of October, 2005.

                                          *s/Lonny R. Suko*
                                  _____
                                           LONNY R. SUKO
                                  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING RESPONDENTS' MOTION TO DISMISS - 1